A CERTIFIED TRUE COPY

ATTEST

By Denise Morgan-Stone on Aug 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jul 16, 2009**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION**          MDL No. 1928

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-26)**

On April 7, 2008, the Panel transferred 17 civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 545 F.Supp.2d 1357 (J.P.M.L. 2008). Since that time, 260 additional actions have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Donald M. Middlebrooks.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Middlebrooks.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of April 7, 2008, and, with the consent of that court, assigned to the Honorable Donald M. Middlebrooks.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Aug 03, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION**          MDL No. 1928

### SCHEDULE CTO-26 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**                 **CASE CAPTION**

**CALIFORNIA NORTHERN**
CAN   3     09-2480          Greg Barber v. Bayer Corp., et al.
CAN   3     09-2935          Saran Khoygani, et al. v. Bayer Corp., et al.

**CONNECTICUT**
CT     3     09-812           Earl Hutson, et al. v. Bayer Schering Pharma AG, et al.
CT     3     09-907           Robert Hertel, etc. v. Bayer Corp., et al.
CT     3     09-986           Vickie L. Bush, etc. v. Bayer Corp., et al.
CT     3     09-1060          Peggy Weder, etc. v. Bayer Schering Pharma AG, et al.
CT     3     09-1061          Jimmy Dorris, etc. v. Bayer Schering Pharma AG, et al.
CT     3     09-1062          Donna M. Goldberg, etc. v. Bayer Corp., et al.
CT     3     09-1063          Earnestine Robinson, et al. v. Bayer Corp., et al.

**MARYLAND**
MD     1     09-1625          Audrey Booker, etc. v. Bayer Corp.

**MINNESOTA**
MN     0     09-1241          Rheba Eosso v. Bayer Corp., et al.

**OKLAHOMA EASTERN**
OKE   6     09-197           Sonda Johnson, etc. v. Bayer Corp., et al.
OKE   6     09-198           Beverly Sheppard v. Bayer Corp., et al.

**SOUTH CAROLINA**
SC      4     09-1151          Jamie L. McKnight, etc. v. Bayer Corp., et al.



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida

By   Gracie Gomez          Deputy Clerk

Date   08/13/09